IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ERICA JONES, CRYSTAL WINTER, and
SELISHA BROOKS, on Behalf of
Themselves and on Behalf of All Others
Similarly Situated
    Plaintiffs,

            CIVIL ACTION NO.: 3:11-cv-02743-O
v.            JURY TRIAL DEMANDED

JGC DALLAS, LLC, and BRYAN SCOTT
FOSTER

    Defendants.
_____/


EXHIBIT G
PERFORMER
DECLARATIONS



Attached as a combined or cumulative Exhibit G are 31 separate Declarations each consisting of two pages.

1