**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ERICA JONES, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | **Civil Action No. 3:11-cv-2743-O** |
| **v.** | § | |
| | § | |
| **JGC DALLAS LLC, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  Magistrate Judge recommends that Plaintiffs' motion to dismiss Defendants' counterclaims should be granted, and the breach of contract and unjust enrichment counterclaims for set-offs should be dismissed without prejudice.  The Magistrate Judge further recommends that Plaintiffs' motion to strike Defendants' affirmative defenses should be granted in part, and affirmative defenses numbers 1, 3, 4, 7, 9, 13, 17, 20, 22, 23, 24, 25, 26, 27, 33, and 55 should be stricken.  Defendants filed objections thereto.  The Court has conducted a de novo review of those portions of the proposed findings and recommendation to which objection was made.  The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct.

Accordingly, Defendants' objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 94) as the findings of the Court.

Defendants further ask the Court for leave to amend the aforementioned counterclaims and affirmative defenses.  Defendants should present their request, in the first instance, to the Magistrate Judge.

**SO ORDERED** on this **19th day of September, 2012.**


_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**