IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ERICA JONES, et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:11-cv-2743-O |
| **JGC DALLAS LLC, et al.,** | § § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiffs' Motion to Conditionally Certify Collective Action and Authorize Notice (ECF No. 51), filed March 2, 2012 is **GRANTED**. **IT IS FURTHER ORDERED THAT**

1. Defendants are to provide Plaintiffs with a list of the names, last known mailing addresses, and email addresses of all exotic dancers who worked at Defendants' member clubs between October 14, 2008 and the present in a computer readable format within fourteen (14) days from the date of this order;

2. The notice provided to potential class members is to conform to the proposed notice attached to the Recommendation;

3. Plaintiffs' counsel is to provide notice to potential plaintiffs twice, once within 7 days of receiving a mailing list with names and contact information with a second notice to follow 30 days after the initial notice;

4. Notice of the lawsuit is to be given via first class mail and e-mail, and potential plaintiffs are to be provided the option of executing their consent forms online via an electronic signature service;

5. Potential plaintiffs must submit their consent forms via mail or electronic mail no later than 60 days after the initial mailing.

**SO ORDERED** on this **23rd day of January, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**