IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERICA JONES, CRYSTAL WINTER and SELISHA BROOKS on Behalf of Themselves and on Behalf of All Others Similarly Situated<br><br>v.<br><br>JGC DALLAS LLC and BRYAN SCOTT FOSTER, ET AL. | §§§§§§§§§§§§§§§ CIVIL ACTION NO.: 3:11-CV-2743-O-BH<br><br>JURY TRIAL DEMANDED |

## AGREED MOTION TO STAY PROCEEDINGS PENDING MEDIATION

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Plaintiffs and Defendants submit this agreed motion seeking a stay of all court deadlines and rulings in this action for 50 days or until August 9, 2013 to provide the parties with the opportunity to engage in mediation with a private mediator.

### I.
#### BACKGROUND

In this FLSA collective action, there are three (3) named plaintiffs. There are also approximately 200 plaintiffs who have filed consents to join the lawsuit—both before and after the Court-Authorized Notice (the "Notice") went out in February 2013. Prior to the Notice, in January 2013, the claims of approximately 12 plaintiffs were stayed and referred to arbitration, pursuant to arbitration agreements signed by these plaintiffs. A substantial number of the plaintiffs who have since joined this suit have also signed arbitration agreements. As to these

plaintiffs, the parties anticipate that their claims will also be heard in arbitration.

## II.
### REQUEST FOR STAY

In the hope of resolving all claims in this litigation and in the pending arbitration, the parties request a stay of all decisions and deadlines in this action for 50 days which would be until August 9, 2013. This request is made to conserve resources that may be used toward settlement. The parties are presenting this same request to the assigned arbitrator.

The parties believe it to be an appropriate time to conduct mediation, even though a number of rulings remain outstanding. In fact, the parties believe rulings on these pending motions (including the motions to dismiss pending in this case and motions to resolve the propriety of a class and/or collective arbitration pending in the arbitration) could hinder settlement negotiations and make the case more difficult to resolve.

Therefore, the parties request this case be stayed until August 9, 2013. The parties make this request with a view toward facilitating settlement discussions and avoiding potentially unnecessary expenses. During the stay, the parties will engage in certain limited discovery for the purpose of assisting in the mediation process. **Then, all parties to this case and to the arbitration will mediate this case during the 50 day stay.**[1]

Once the parties have completed the mediation, the parties will promptly advise the Court of the outcome. If mediation is unsuccessful, the parties—only to the extent necessary—will request a new Scheduling Order from the Court.

This request is not made for the purpose of delay, and the parties assert that no prejudice will be caused due to this stay. Accordingly, the parties respectfully request their attached proposed order be signed by the Court, that this case be stayed for 50 days following the entry of

---

[1] The parties are in the process of conferring regarding a potential mediator.

that order, and for such other and further relief, at law or in equity, to which they may be entitled.

                Respectfully Submitted,

                */s/ Jeffrey A. Kimmel*_____
                Jeffrey A. Kimmel, *admitted pro hac vice*
                jak@msf-law.com
                NY State Bar No. 2742385
                Racquel C. Weintraub, *admitted pro hac vice*
                rcw@msf-law.com
                NY State Bar No. 2774446
                **MEISTER SEELIG & FEIN LLP**
                2 Grand Central Tower
                140 East 45th Street, 19th Floor
                New York, New York 10017
                Tel (212) 655-3500
                Fax (212) 655-3535

                **Roger Albright**
                ralaw@rogeralbright.com
                TX State Bar No. 00974580
                **LAW OFFICES OF ROGER ALBRIGHT**
                3301 Elm Street
                Dallas, Texas 75226-2562
                (214) 939-9224
                (214) 939-9229 – Fax

                **Luke Lirot,** *admitted pro hac vice*
                luke2@lirotlaw.com
                FL State Bar No. 714836
                LAW OFFICES OF LUKE LIROT
                2240 Belleair Road, Suite 190
                Clearwater, Florida 33764
                (727) 536-2100
                (727) 536-2110 - Fax

                ***ATTORNEYS FOR DEFENDANTS JGC DALLAS LLC, JGC TYE, LLC, JGC LUBBOCK GOLD, LLC, JGC ODESSA GOLD, LLC, GOLD SUIT, INC., JGC HARLINGEN, LLC, JGC LONGVIEW, LLC, JGC EDINBURG, LLC, JGC PHOENIX, LLC, JGC BEAUMONT, LLC, KEVIN "RICH" RICHARDSON, AND BRYAN SCOTT FOSTER***

AND

*/s/ Brian S. Rawson*_____
**BRIAN S. RAWSON**
brawson@hdbdlaw.com
Texas State Bar No. 24041754
**VICTORIA L. BURRESS**
vburress@hdbdlaw.com
Texas State Bar No. 24068600
**HARTLINE DACUS BARGER DREYER LLP**
6688 N. Central Expressway, Suite 1000
Dallas, TX 75206
(214) 346-3727
(214) 267-4227 – Fax

**DARRELL L. BARGER**
dbarger@hdbdlaw.com
Texas State Bar No. 01733800
**HARTLINE DACUS BARGER DREYER LLP**
3600 One Houston Center, 1221 McKinney
Houston, TX 77010
(713) 759-1990
(713) 652-2419 - Fax

**ATTORNEYS FOR DEFENDANTS**
**RICK'S CABARET INTERNATIONAL, INC., JAI DINING SERVICES (TYE), INC., JAI DINING SERVICES (PHOENIX), INC., JAI DINING SERVICES (ODESSA), INC., JAI DINING SERVICES (EL PASO), INC., JAI DINING SERVICES (LONGVIEW), INC., JAI DINING SERVICES (EDINBURG), INC., JAI DINING SERVICES (BEAUMONT), INC., JAI DINING SERVICES (LUBBOCK), INC., JAI DINING SERVICES (HARLINGEN), INC. AND JAI DINING SERVICES (ODESSA II), INC.**

AND

*/s/ Galvin B. Kennedy*
**Galvin B. Kennedy**
**KENNEDY HODGES, L.L.P.**
gkennedy@kennedyhodges.com
Texas State Bar No. 00796870
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

**LEAD ATTORNEY IN CHARGE FOR PLAINTIFFS AND CLASSMEMBERS**

**CERTIFICATE OF SERVICE**

On June 20th, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the Court's Electronic Case Filing System. I hereby certify that I have served all counsel of record electronically under Fed. R. Civ. P. 5(b)(2)(D), or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

*/s/ Roger Albright*
Roger Albright