Racquel Crespi Weintraub<br>
Partner<br>
Direct (212) 655-3543<br>
Fax (646) 539-3643<br>
*rcw@msf-law.com*

October 11, 2013

<u>*Via ECF*</u>
The Honorable Magistrate Judge Irma Carrillo Ramirez
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX  75242

**Re:**   *Erica Jones, et al. v. JGC Dallas LLC, et al.*
<u>*Civil Action No. 3:11-cv-02743-O*</u>

Dear Magistrate Judge Ramirez:

Pursuant to your Order dated October 3, 2013 (Dkt. 203), counsel for the Defendants and counsel for the Plaintiffs jointly write to advise the Court of the status of this action.

On October 8, 2013, the mediation in this action was conducted. At that time, the parties reached a settlement of the action in principle. Counsel for the parties have agreed to resolve some remaining issues and Defendants intend to provide a draft settlement agreement to Plaintiffs by October 22, 2013.

The parties propose that in light of the settlement, the stay that is currently in place in the action should be extended until November 15, 2013 so that the parties can finalize the terms of the settlement agreement.

*5753-001 Doc. #135*

Thank you for your consideration.

Respectfully submitted,

/s/ Jeffrey A. Kimmel
**Jeffrey A. Kimmel**, *admitted pro hac vice*
jak@msf-law.com
NY State Bar No. 2742385
**Racquel C. Weintraub**, *admitted pro hac vice*
rcw@msf-law.com
NY State Bar No. 2774446
**MEISTER SEELIG & FEIN LLP**
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
Tel (212) 655-3500
Fax (212) 655-3535

/s/ Roger Albright
**Roger Albright**
ralaw@rogeralbright.com
TX State Bar No. 00974580
**LAW OFFICES OF ROGER ALBRIGHT**
3301 Elm Street
Dallas, Texas 75226-2562
(214) 939-9224
(214) 939-9229 – Fax

*ATTORNEYS FOR DEFENDANTS: JGC DALLAS LLC, JGC TYE, LLC, JGC LUBBOCK GOLD, LLC, JGC ODESSA GOLD, LLC, GOLD SUIT, INC., JGC HARLINGEN, LLC, JGC LONGVIEW, LLC, JGC EDINBURG, LLC, JGC PHOENIX, LLC, JGC BEAUMONT, LLC, KEVIN "RICH" RICHARDSON, AND BRYAN SCOTT FOSTER*

/s/ Brian S. Rawson
**BRIAN S. RAWSON**
brawson@hdbdlaw.com
Texas State Bar No. 24041754
**HARTLINE DACUS BARGER DREYER LLP**
6688 N. Central Expressway, Suite 1000
Dallas, TX 75206
(214) 346-3727
(214) 267-4227 – Fax

*ATTORNEYS FOR DEFENDANTS: RICK'S CABARET INTERNATIONAL, INC., JAI DINING SERVICES (TYE), INC., JAI DINING SERVICES (PHOENIX), INC., JAI DINING SERVICES (ODESSA), INC., JAI DINING SERVICES (EL PASO), INC., JAI DINING SERVICES (LONGVIEW), INC., JAI DINING SERVICES (EDINBURG), INC., JAI DINING SERVICES (BEAUMONT), INC., JAI DINING SERVICES (LUBBOCK), INC., JAI DINING SERVICES (HARLINGEN), INC. AND JAI DINING SERVICES (ODESSA II), INC.*

*5753-001 doc# 135*

/s/ Galvin B. Kennedy_____
**Galvin B. Kennedy**
**KENNEDY HODGES, L.L.P.**
gkennedy@kennedyhodges.com
Texas State Bar No. 00796870
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

***ATTORNEYS  FOR PLAINTIFFS***

*5753-001 doc# 135*