IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERICA JONES et al., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:11-cv-2743-O |
| JGC DALLAS LLC et al., | § § § | |
| Defendants. | § § § | |

**FINAL JUDGMENT AND ORDER APPROVING SETTLEMENT IN PART
AND DISMISSING ACTION WITH PREJUDICE**

The Court has entered its Order Accepting In Part the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that the Settlement Agreement is **APPROVED in part**, with the exception of attorneys' fees, which are limited to **33.33%** of the common fund. Accordingly, this action is **DISMISSED with prejudice**.

**SO ORDERED** on this **24th day of December, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE